```
McGREGOR W. SCOTT
United States Attorney
MICHAEL A. HIRST
KIRK E. SHERRIFF
Asst. United States Attorney
Federal Building, Rm. 3654
1130 "O" Street
Fresno, CA 93721
Telephone: (559) 498-7272

Of Counsel:
JACK GIPSMAN
Acting Regional Attorney
JEFFREY MOULTON
Attorney
Office of the General Counsel
United States Department of Agriculture
33 New Montgomery Street
San Francisco, CA 94105-4511
Telephone:  (415) 744-3011

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1: 01 CV 5167 OWW DLB |
|---|---|---|
| Plaintiff, | ) | STIPULATION REGARDING |
|  | ) | DEPOSITION DATES and |
| v. | ) | ORDER THEREON |
| SOUTHERN CALIFORNIA EDISON COMPANY, | ) |  |
| Defendant. | ) |  |

Plaintiff United States of America ("United States"), and defendant Southern California Edison Company ("SCE"), by and through undersigned counsel, and pursuant to Local Rule 83-143, hereby stipulate to complete the following depositions after the June 10, 2005 discovery cut-off deadline:

1. The deposition of SCE employee Dwight Barnes, on
   June 22, 2005; and

        2.   The deposition of U.S. employee Cindy Whelan, on
             June 28, 2005.

Dated:  May 20, 2005

| STEVENS & O'CONNELL LLP | McGREGOR W. SCOTT |
| --- | --- |
| | United States Attorney |
| /s/ Steven S. Kimball | |
| <u>(as authorized on 5/23/05)</u> | <u>/s/ Kirk E. Sherriff</u> |
| STEVEN S. KIMBALL | KIRK E. SHERRIFF |
| | Assistant U.S. Attorney |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Southern California Edison Co. | United States of America |

     IT IS SO ORDERED.

**Dated:   May 24, 2005**            <u>    /s/ Dennis L. Beck    </u>
3b142a                              UNITED STATES MAGISTRATE JUDGE