McGREGOR W. SCOTT
United States Attorney
MICHAEL A. HIRST
KIRK E. SHERRIFF
Asst. United States Attorney
Federal Building, Rm. 3654
1130 "O" Street
Fresno, CA 93721
Telephone: (559) 498-7272

Of Counsel:
JACK GIPSMAN
Acting Regional Attorney
JEFFREY MOULTON
Attorney
Office of the General Counsel
United States Department of Agriculture
33 New Montgomery Street
San Francisco, CA 94105-4511
Telephone:  (415) 744-3011

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CIV-F-01-5167 OWW DLB |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR ORDER |
| | ) | SHORTENING TIME FOR HEARING ON |
| | ) | UNITED STATES' MOTION TO |
| v. | ) | COMPEL; DECLARATION OF KIRK E. |
| | ) | SHERRIFF; ORDER THEREON |
| | ) | |
| SOUTHERN CALIFORNIA EDISON | ) | Date: July 8, 2005 |
| COMPANY, | ) | Time: 9:00 a.m. |
| | ) | Court: Five |
| Defendant. | ) | (Hon. Dennis L. Beck) |

Plaintiff United States of America ("United States") hereby applies for an Order Shortening Time for the hearing of the United States' motion, pursuant to Fed. R. Civ. P. 34 and 37 and Local Rule 37-251, to compel defendant Southern California Edison Company ("SCE") to produce documents responsive to demands propounded by the United States.

As detailed below in the declaration of counsel, the United States has confirmed to SCE's counsel that the United States is willing to stipulate that SCE's pending motion to compel a further deposition of Richard Ford be heard on shortened time on July 8, 2005 (as sought by SCE in a separate application), provided that SCE stipulate that the United States' motion to compel may also be heard on shortened time on July 8, 2005. SCE is unwilling to so stipulate. Accordingly, the United States is filing the present application for an order permitting its motion to be heard on shortened time. The United States reserves the right to object to SCE's pending application for an order shortening time, if SCE objects to the present application by the United States.

This application is based on the record in this case and on the Declaration of Kirk E. Sherriff and annexed exhibits, set forth below, and on such argument as the Court may hear on this application.

Dated:    June 24, 2005

                Respectfully submitted,

                McGREGOR W. SCOTT
                United States Attorney

        By: /s/ Kirk E. Sherriff
            KIRK E. SHERRIFF
            Assistant U.S. Attorney

DECLARATION IN SUPPORT OF
APPLICATION FOR ORDER SHORTENING TIME

I, Kirk E. Sherriff, hereby declare:

1.   I am an Assistant U.S. Attorney with the U.S. Attorney's Office for the Eastern District of California, and the attorney of record for the United States in this action.  I have personal knowledge of the matters set forth below, and if called to testify, could and would testify competently thereto.

2.   Pursuant to the Scheduling Order dated February 3, 2005 (a true and correct copy of which is annexed hereto as Exhibit A), non-dispositive motions in this case must be filed by June 25, 2005 (a Saturday), and such motions must be heard by July 9, 2005 (also a Saturday).

3.   I was out of the country from May 31, 2005 through June 15, 2005.  Prior to my departure, I informed the attorneys for defendant Southern California Edison Company ("SCE") on several occasions, including by faxed letters on May 20, 2005 and May 27, 2005 (true and correct copies of which are annexed hereto as Exhibits B and C), that I would be out of the country between May 31, 2005 and June 15, 2005.

4.   In a pleading dated June 8, 2005, SCE responded to the United States' Seventh Request for Production of Documents.  SCE objected to several of the United States' document requests as "unduly burdensome," despite the fact that such requests were identical to requests previously propounded by SCE upon the United States and in response to which the United States had already produced documents.  SCE's responses to these document requests are the subject of the United States' motion to compel.

1    5.   Due to my absence from the country, I was unable to
2 review SCE's responses until my return to the office.  By letter
3 faxed to SCE's attorneys on June 21, 2005, I requested that SCE
4 withdraw its objections and agree to produce the documents
5 responsive to the requests by June 24, 2005 (a true and correct
6 copy of my June 21, 2005 fax is annexed hereto as Exhibit D).  I
7 proposed in my June 21, 2005 fax that, if a motion to compel
8 became necessary, it be heard on July 8, 2005 with the pending
9 discovery motions filed by SCE.
10    6.   On June 23, 2005, I attempted to contact SCE attorney
11 Steven Kimball by telephone.  I left a message on Mr. Kimball's
12 voice mail, further confirming that the United States was willing
13 to stipulate to a hearing on shortened time both on the United
14 States' motion to compel (if such motion became necessary), and
15 on SCE's pending motion to compel a further deposition of Richard
16 Ford.  (On June 20, 2005, SCE filed a declaration and application
17 for an order shortening time on its motion to compel a further
18 deposition of Richard Ford, seeking to have SCE's motion to
19 compel heard on July 8, 2005).
20    7.   I telephoned Mr. Kimball on June 24, 2005, and he
21 informed me that SCE would not produce the documents sought by
22 the requests that are the subject of the United States' motion to
23 compel.  Mr. Kimball also stated that SCE would not stipulate to
24 have both SCE's motion to compel and the United States' motion to
25 compel heard on shortened time on July 8, 2005 (despite the fact
26 that SCE was seeking to have its motion to compel heard on
27 shortened time on that date).  Accordingly, the United States has
28 filed its motion to compel, along with the present Application

                                4

1  for Order Shortening Time for Hearing on such motion.

2      8.   The United States submits that good cause exists for this Court to schedule this dispute for hearing on July 8, 2005 for the reasons set forth above, and in the interest of judicial efficiency so that all pending discovery disputes in this case can be heard on the same date.  In addition to SCE's motion to compel a further deposition of Richard Ford, which SCE is seeking to have heard on shortened time on July 8, 2005, SCE also has two other pending discovery motions in this case set for hearing before this Court on July 8, 2005.  Additionally, the Scheduling Conference Order indicates that non-dispositive motions such as the United States' motion to compel may be filed by June 25, 2005, and must be heard by July 9, 2005.

    I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

    Executed on June 24, 2005.

                                      /s/ Kirk E. Sherriff
                                      Kirk E. Sherriff

ORDER

IT IS ORDERED that the United States' Application for Order Shortening Time for Hearing on United States' Motion to Compel is GRANTED. The United States' motion to compel shall be heard on July 8, 2005, at 9:00 a.m. in Department 5 (DLB).

IT IS SO ORDERED.

**Dated:   June 27, 2005**                    **/s/ Lawrence J. O'Neill**
66h44d                                           UNITED STATES MAGISTRATE JUDGE