IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SOUTHERN CALIFORNIA EDISON, et al.,<br><br>　　　　Defendant(s). | CIV F 01-5167 OWW DLB<br><br>ORDER RE DEFENDANT'S MOTION TO COMPEL FURTHER DEPOSITION OF RICHARD FORD<br>(Doc# 236) |

　　　　On June 20, 2005, Defendant Southern California Edison ("Edison") filed an Application for Order Shortening Time for hearing on a motion to compel further deposition of Richard Ford. Receiving no opposition from plaintiff the United States of America ("Plaintiff"), the Court granted Edison's application for order shortening time and set the hearing on the motion to compel further deposition for July 8, 2005. The parties have advised the Court that they wish to resolve the motion to compel further deposition of Richard Ford by way of an informal telephonic conference with the Court. Edison has therefore requested that the motion to compel be taken off calender. The request is GRANTED.

///

///

1

1 | Edison's motion to compel further deposition of Richard Ford is taken off calender and
2 | the parties shall arrange a mutually convenient date and time for a telephonic conference with the
3 | Court.

5 | IT IS SO ORDERED.

6 | **Dated:   June 29, 2005**                              **/s/ Dennis L. Beck**
   | 3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE