STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL (SBN 74037)
CRAIG C. ALLISON (SBN 159437)
STEVEN S. KIMBALL (SBN 154925)
400 Capitol Mall, Suite 1400
Sacramento, California 95814-4498
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendant
SOUTHERN CALIFORNIA EDISON COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>                  Defendant. | Case No. CIV. F-01-5167 OWW DLB<br><br>**DECLARATION OF STEVEN S. KIMBALL IN SUPPORT OF DEFENDANT SOUTHERN CALIFORNIA EDISON COMPANY'S MOTION TO STRIKE EXPERT OPINIONS OR, ALTERNATIVELY, TO PERMIT DISCLOSURE OF A REBUTTAL EXPERT**<br><br>Date:         July 7, 2005<br>Time:        9:00 a.m.<br>Dept:         Courtroom 5<br>Honorable Dennis E. Beck |

I, STEVEN S. KIMBALL, declare as follows:

1.      I am an attorney at Stevens & O'Connell LLP, attorneys for defendant Southern California Edison Company ("SCE") in the above-referenced matter. I am duly admitted to practice before all the courts of the State of California and am a member of the bar of this Court. I have personal knowledge of the matters set forth in this declaration and if called to testify, could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Declaration of Joel Preheim In Support of Southern California Edison Company's Motion To Withdraw Admissions, filed on September 20, 2004.

1

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Geoffrey Rabone In Support of Southern California Edison Company's Motion To Withdraw Admissions, filed on September 20, 2004.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Discovery Plan and Request for Clarification Concerning Attorneys Fees, served on November 19, 2004.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's Application to Modify Scheduling Order, served on December 20, 2004.

6. Attached hereto as Exhibit E is a true and correct copy of Reporter's Transcript of Proceedings on Cross Motions for Partial Summary Judgment; Plaintiff's Motion to Modify Scheduling Order, January 10, 2005.

7. Attached hereto as Exhibit F is a true and correct copy of the Order Granting Plaintiff's Motion to Modify the Scheduling Order, signed on February 3, 2005.

8. Attached hereto as Exhibit G is a true and correct copy of Defendant's Further Disclosure Of Experts, served on April 5, 2005.

9. Attached hereto as Exhibit H is a true and correct copy of Plaintiff United States' Supplemental Disclosure Of Experts, served on May 5, 2005.

10. Attached hereto as Exhibit I is a true and correct copy of a faxed letter from AUSA Kirk E. Sherriff to Steven S. Kimball attaching a copy of the United States' Supplemental Disclosure of Experts, including the expert report of Kevin Mara, dated May 6, 2005.

11. Attached hereto as Exhibit J is a true and correct copy of the Notice Of Motion And Motion To Strike Expert Opinions Or To Permit Southern California Edison Company To File A Supplemental Rebuttal Expert Report, filed on May 23, 2005.

12. Attached hereto as Exhibit K is a true and correct copy of Defendant's Supplemental Disclosure Of Rebuttal Expert, attaching Expert Report of Donald H. Clarke, served on June 3, 2005.

13. Attached hereto as Exhibit L is a true and correct copy of a letter from Steven S. Kimball to AUSA Kirk E. Sherriff, dated May 11, 2005.

14. Attached hereto as Exhibit M is a true and correct copy of a letter from AUSA Kirk E. Sherriff to Steven S. Kimball, dated May 24, 2005.

15. Attached hereto as Exhibit N is a true and correct copy of a letter from AUSA Kirk E. Sherriff to Steven S. Kimball, dated May 26, 2005.

16. Attached hereto as Exhibit O is a true and correct copy of a letter from Steven S. Kimball to AUSA Kirk E. Sherriff, dated June 15, 2005.

17. Attached hereto as Exhibit P is a true and correct copy of a letter from AUSA Kirk E. Sherriff to Steven S. Kimball, dated June 20, 2005.

18. Attached hereto as Exhibit Q is a true and correct copy of a letter from AUSA Kirk E. Sherriff to Steven S. Kimball, dated June 23, 2005.

19. Attached hereto as Exhibit R is a true and correct copy of a letter from Steven S. Kimball to AUSA Kirk E. Sherriff, dated June 24, 2005.

20. Attached hereto as Exhibit S is a true and correct copy of a letter from Steven S. Kimball to AUSA Kirk E. Sherriff, dated June 24, 2005

21. Attached hereto as Exhibit T is a true and correct copy of pertinent portions of the deposition of Joel Preheim, taken on May 13, 2005.

22. Attached hereto as Exhibit U is a true and correct copy of Southern California Edison Company, Project No. 67, Order Issuing New License (Major), 4 FERC ¶ 61,147, 1978 WL 15720 (F.E.R.C.) (Aug. 9, 1978), judicially noticed by the District Court in United States v. Southern California Edison Co., 300 F. Supp. 2d 964, 975-976, 992 (2004).

23. Attached hereto as Exhibit V is a true and correct copy of Southern California Edison Company, Project No. 2175, Order Issuing License (Major), 21 FPC 419, 1959 WL 3238

(F.P.C.) (Mar. 27, 1959), judicially noticed by the District Court in <u>United States v. Southern California Edison Co.</u>, 300 F. Supp. 2d 964, 975-976, 992 (2004).

24. Attached hereto as Exhibit W is a true and correct copy of pertinent portions of the deposition of Kevin Mara, taken on May 25, 2005.

25. Attached hereto as Exhibit X is a true and correct copy of Southern California Edison Company's Response To Eighth Set Of Interrrogatories, served on January 27, 2005.

26. Attached hereto as Exhibit Y is a true and correct copy of pertinent portions of the deposition of Geoffrey Rabone, taken on May 17, 2005.

I declare under penalty of perjury that the foregoing is true and correct and that if called and sworn, I could testify competently thereto.

Executed this 5th day of July 2005, at Sacramento, California.


                                           /s/ Steven S. Kimball
                                      STEVEN S. KIMBALL