McGREGOR W. SCOTT
United States Attorney
MICHAEL A. HIRST
KIRK E. SHERRIFF
Asst. United States Attorney
Federal Building, Rm. 3654
1130 "O" Street
Fresno, CA 93721
Telephone: (559) 498-7272

Of Counsel:
JACK GIPSMAN
Acting Regional Attorney
JEFFREY MOULTON
Attorney
Office of the General Counsel
United States Department of Agriculture
33 New Montgomery Street
San Francisco, CA 94105-4511
Telephone:  (415) 744-3011

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CIV-F-01-5167 OWW DLB |
| Plaintiff, | STIPULATION RE UNITED STATES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS; ORDER THEREON |
| v. | |
| SOUTHERN CALIFORNIA EDISON COMPANY, | |
| Defendant. | |

Plaintiff United States of America ("United States"), and defendant Southern California Edison Company ("SCE"), by and through undersigned counsel, and pursuant to Local Rule 83-143, hereby stipulate as follows with respect to Requests Nos. 1-3 of the United States' Seventh Request for Production of Documents, which are the subject of a motion to compel filed by the United States on June 24, 2005:

1.   The United States Seventh Request for Production of Documents, Requests Nos. 1-3, seek the production of documents as follows:

> <u>Request No. 1</u>:  All DOCUMENTS CONCERNING any electric power line that currently emanates or formerly emanated from the 12KV SUBSTATION (e.g., the Stevenson, Snocat, and Manzanita lines).
>
> <u>Request No. 2</u>:  All DOCUMENTS CONCERNING electrical power received by SCE and/or customers via electric power lines emanating from the 12KV SUBSTATION.
>
> <u>Request No. 3</u>:  All DOCUMENTS CONCERNING any survey or inventory of facilities or equipment owned, operated, or maintained by SCE in the Sierra National Forest that refers or relates to the 12KV SUBSTATION.

2.   Requests Nos. 1 and 2 shall be limited by time to documents concerning the time periods of 1955-1960 and 1974-1979.  Request No. 3 shall be limited to documents concerning the time period of 1955 to the present.

3.   With respect to documents concerning "electrical power received by SCE . . . via electric power lines emanating from the 12KV Substation," Request No. 2 shall be further limited to documents concerning SCE usage of any power from these lines, including identification of the SCE facilities using power from these lines, the purpose of the usage by SCE facilities from the lines, the amount of usage by SCE facilities from the lines, and the percentage of the amount of usage by SCE facilities relative to customer usage from the lines.  This limitation does not apply to documents concerning "electrical power received by . . . customers."

4. Other than as specifically limited by this Stipulation, Requests Nos. 1-3 remain as stated above.

5. SCE will produce by July 15, 2005 non-privileged documents responsive to Requests Nos. 1-3, as limited by this Stipulation.

6. The United States' Motion to Compel Production of Documents, filed June 24, 2005, shall be withdrawn.

Dated: July 1, 2005

| STEVENS & O'CONNELL LLP | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| /s/ Steven S. Kimball<br>(as authorized on 7/1/05)<br>STEVEN S. KIMBALL | /s/ Kirk E. Sherriff<br>KIRK E. SHERRIFF<br>Assistant U.S. Attorney |
| Attorneys for Defendant<br>Southern California Edison Co. | Attorneys for Plaintiff<br>United States of America |

     IT IS SO ORDERED.

**Dated:   July 18, 2005**                    /s/ Dennis L. Beck
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE