# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:01-cv-5167 OWW DLB |
| ) | |
| Plaintiff, ) | SUPPLEMENTAL SCHEDULING |
| ) | CONFERENCE ORDER |
| v. ) | |
| ) | Settlement Conference Date: |
| SOUTHERN CALIFORNIA EDISON ) | 5/3/06 9:00 Ctrm. 9 |
| COMPANY, ) | |
| ) | Pre-Trial Conference Date: |
| Defendant. ) | 8/21/06 11:00 Ctrm. 3 |
| ) | |
| ) | Trial Date: 11/14/06 9:00 |
| | Ctrm. 3 (JT-30 days) |

I.  Date of Scheduling Conference.

    March 23, 2006.

II. Appearances Of Counsel.

    Kirk E. Sherriff, Esq., and Kimberly A. Gaab, Esq., Assistant U.S. Attorneys, appeared on behalf of Plaintiff.

    Stevens & O'Connell LLP by George L. O'Connell, Esq., and Steven S. Kimball, Esq., appeared on behalf of Defendant.

III. Status of Case.

    1.   This matter is before the Court following ruling on the parties' cross-motions for summary judgment and the order of February 6, 2006.

///

IV. Pre-Trial Conference Date.

    1.    August 21, 2006, at 11:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Judge.

    2.    The parties are ordered to file a Joint Pre-Trial Statement pursuant to Local Rule 281(a)(2).

    3.    Counsel's attention is directed to Rules 281 and 282 of the Local Rules of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules.

V. Trial Date.

    1.    November 14, 2006, at the hour of 9:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Judge.

    2.    This is a jury trial. The parties agree that there will be a 9-person jury and the Court allocates 5 peremptory challenges per side.

    3.    Counsels' Estimate Of Trial Time:

        a.    30 days.

    4.    Counsels' attention is directed to Local Rules of Practice for the Eastern District of California, Rule 285.

VI. Settlement Conference.

    1.    A Settlement Conference is scheduled for May 3, 2006, at 9:00 a.m. in Courtroom 9, 6th Floor, before the Honorable Dennis L. Beck, United States Magistrate Judge.

    2.    Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the

Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference.

   3.   Permission for a party [not attorney] to attend by telephone may be granted upon request, by letter, with a copy to the other parties, if the party [not attorney] lives and works outside the Eastern District of California, and attendance in person would constitute a hardship.  If telephone attendance is allowed, the party must be immediately available throughout the conference until excused regardless of time zone differences. Any other special arrangements desired in cases where settlement authority rests with a governing body, shall also be proposed in advance by letter copied to all other parties.

   4.   Confidential Settlement Conference Statement. At least five (5) days prior to the Settlement Conference the parties shall submit, directly to the Magistrate Judge's chambers, a confidential settlement conference statement.  The statement should not be filed with the Clerk of the Court nor served on any other party.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.  Counsel are urged to request the return of their statements if settlement is not achieved and if such a request is not made the Court will dispose of the statement.

   5.   The Confidential Settlement Conference Statement shall include the following:

       a.   A brief statement of the facts of the case.

   b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

   c. A summary of the proceedings to date.

   d. An estimate of the cost and time to be expended for further discovery, pre-trial and trial.

   e. The relief sought.

   f. The parties' position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

VII. Request For Bifurcation, Appointment Of Special Master, Or Other Techniques To Shorten Trial.

 1. None.

VIII. Related Matters Pending.

 1. There are no related matters.

IX. Compliance With Federal Procedure.

 1. The Court requires compliance with the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.  To aid the court in the efficient administration of this case, all counsel are directed to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and keep abreast of any amendments thereto.

X. Effect Of This Order.

 1. The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable

4

to bring this case to resolution.  The trial date reserved is specifically reserved for this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent scheduling conference.

     2.   Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.

     3.   Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **March 30, 2006**                              /s/ Oliver W. Wanger
emm0d6                                                   UNITED STATES DISTRICT JUDGE