```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIRK E. SHERRIFF
    KIMBERLY A. GAAB
 3  Asst. United States Attorneys
    U.S. Courthouse
 4  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 5  Telephone: (559) 497-4000

 6  Of Counsel:
    JACK GIPSMAN
 7  Regional Attorney
    JEFFREY MOULTON
 8  Deputy Regional Attorney
    Office of the General Counsel
 9  United States Department of Agriculture
    33 New Montgomery Street
10  San Francisco, CA 94105-4511
    Telephone:  (415) 744-3011
11
    Attorneys for Plaintiff
12  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CIV-F-01-5167 OWW DLB |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | **PURSUANT TO SETTLEMENT;** |
| ) | **ORDER THEREON** |
| v. ) | |
| ) | |
| ) | |
| SOUTHERN CALIFORNIA EDISON ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Plaintiff the United States of America and Defendant Southern California Edison Co., by and through their respective undersigned attorneys, hereby stipulate to dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' Settlement Agreement.  The Court is respectfully asked to retain

-1-
STIPULATION OF DISMISSAL; [PROPOSED] ORDER

jurisdiction to enforce the Settlement Agreement in this action.

                                                    Respectfully submitted,

<u>FOR THE UNITED STATES:</u>        McGREGOR W. SCOTT
                                          United States Attorney
                                          Eastern District of California

Dated: Sept. 18, 2006        By:    <u>/s/ Kirk E. Sherriff</u>
                                          KIRK E. SHERRIFF
                                          KIMBERLY A. GAAB
                                          Asst. United States Attorneys

                                          Attorneys for the United States of America


<u>FOR SOUTHERN CALIFORNIA
EDISON CO.:</u>                            STEVENS & O'CONNELL LLP


Dated: Sept. 18, 2006        By:    <u>/s/ Steven S. Kimball</u>
                                          GEORGE L. O'CONNELL
                                          STEVEN S. KIMBALL

                                          Attorneys for Southern Cal. Edison Co.


     IT IS SO ORDERED.


IT IS SO ORDERED.

**Dated:   September 22, 2006**          <u>   **/s/ Oliver W. Wanger**   </u>
emm0d6                                              UNITED STATES DISTRICT JUDGE